<u>**CLOSING**</u>

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---

**MOROCCANOIL, INC.,**

*Plaintiff,*

v.

**JMG FREIGHT GROUP LLC and PERU**
**TRANSPORT SERVICES LLC,**

*Defendants.*

---

Civil Action No. 14-5608

**ORDER**

**THIS MATTER** having come before the Court by way of Plaintiff Moroccanoil, Inc.'s ("Plaintiff)" Motion for Default Judgment against Defendant Peru Transport Services LLC, Dkt. No. 18;

and for the reasons stated in the accompanying opinion;

**IT IS** on this 30th day of October, 2015,

**ORDERED** that judgment in favor of Plaintiff is hereby entered against Peru Transport Services LLC for $165,578.47 in damages; it is further

**ORDERED** that this case is closed.

*/s/ Madeline Cox Arleo*
**Hon. Madeline Cox Arleo**
**UNITED STATES DISTRICT JUDGE**